## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | |
|---|---|
| OWNER-OPERATOR INDEPENDENT DRIVERS ASSOCIATION, INC., JOSEPH RAJKOVACZ, CARL SCHAEFER, and CARL SCHAEFER LLC, individually and on behalf of all others similarly situated,<br><br>                      Plaintiffs,<br><br>v.<br><br>SUPERVALU, INC,<br><br>                      Defendant. | Civil No. 05-2809 (JRT/JJG)<br><br>**ORDER** |

Randall Herrick-Stare and Paul D. Cullen, Sr., **THE CULLEN LAW FIRM, PLLC**, 1101 30th Street N.W., Suite 300, Washington, DC 20007; Andrew J. Morrison, **KOLL MORRISON CHARPENTIER & HAGSTROM**, 332 Minnesota Street, Suite W-1430, St. Paul, MN 55101; for plaintiffs.

Steven J. Wells and Gabrielle D. Mead, **DORSEY & WHITNEY, LLP**, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402, for defendant.

Pursuant to Federal Rule of Civil Procedure 60(a), the Court amends its Memorandum Opinion and Order dated May 31, 2007. The Court substitutes the phrase "owners or operators" for "owner operators" on page fifteen of the Order. In all other respects, the Order is unchanged. A corrected version of the Memorandum Opinion and Order is attached.

| | |
|---|---|
| DATED:  June 27, 2007<br>at Minneapolis, Minnesota. | s/John R. Tunheim<br>JOHN R. TUNHEIM<br>United States District Judge |